1

2

3

FILED _____ LODGED
_____ RECEIVED

**Sep 17, 2020**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

4

5

6

7

8

9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

15

16

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARCIA FRY FLETCHER,

Defendant.

NO.   3:20-cr-05379-RJB

**CRIMINAL INFORMATION**

Title 18, United States Code, Section 641
(Theft of Public Funds)

**Felony**

17

18

19

The United States Attorney charges that:

**Count One**
**(Theft of Public Funds)**

20

21

22

23

24

25

26

27

28

Beginning in or about March 2011, and continuing through about March 2019, at Bainbridge Island, in Kitsap County, within the Western District of Washington, and elsewhere, MARCIA FRY FLETCHER willfully and knowingly embezzled, stole, and converted to her own use and the use of another money of the United States, namely federally funded pension benefits having an aggregate value of approximately $84,274.76, with the intent to deprive the United States of the use and benefit of that money.

All in violation of Title 18, United States Code, Section 641.

Information/Fletcher - 1
USAO #2018R00055

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Forfeiture Allegations**

Upon conviction of the offense in violation of Title 18, United States Code, Section 641, as set forth in Count I of this Information, the Defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, including but not limited to the following:

      a.     A sum of money up to $84,274.76.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

      1.     cannot be located upon the exercise of due diligence;

      2.     has been transferred or sold to, or deposited with, a third party;

      3.     has been placed beyond the jurisdiction of the Court;

      4.     has been substantially diminished in value; or

      5.     has been commingled with other property which cannot be divided without difficulty;

\\

\\

\\

Information/Fletcher - 2
USAO #2018R00055

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   it is the intent of the United States, pursuant to Title 21, United States Code,

2   Section 853(f), to seek forfeiture of any of the property of the defendant up to the value

3   of the above-described forfeitable property.

4       DATED this 17th day of September, 2020.

5

6

7

8       BRIAN T. MORAN
        United States Attorney
9

10

11

12      S. KATE VAUGHAN
        Assistant United States Attorney
13

14

15      LYNDSIE R. SCHMALZ
        Assistant United States Attorney
16

17

18

19

20

21

22

23

24

25

26

27

28

Information/Fletcher - 3                           UNITED STATES ATTORNEY
USAO #2018R00055                                   700 STEWART STREET, SUITE 5220
                                                   SEATTLE, WASHINGTON 98101
                                                   (206) 553-7970